1  VILLARREAL HUTNER PC
   TRACY S. TODD, Cal. Bar No. 172884
2  E-Mail: ttodd@vhattorneys.com
   DANIELLE L. PENER, Cal. Bar No. 217355
3  E-Mail: dpener@vhattorneys.com
   575 Market Street, Suite 300
4  San Francisco, California 94105
   Telephone: 415.543.4200
5  Facsimile: 415.512.7674

6  Attorneys for Defendant
   WAL-MART STORES, INC.
7  (erroneously sued as "WAL-MART")

8  LAW OFFICES OF MICHAEL D. MACOMBER
   MICHAEL D. MACOMBER, Cal. Bar. No. 106011
9  E-Mail: mick@macomberlaw.net
   316 S. Stewart Street #3
10 Sonora, California 95370
   Telephone: 209.536.9271
11 Facsimile: 209.536.9571

12 Attorney for Plaintiff
   BARRY SMITH
13

FILED
JUL 17 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

14                    UNITED STATES DISTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

17 BARRY SMITH,                          CASE NO. 1:09-cv-00134-AWI-SMS

18        Plaintiff,                     **STIPULATION OF DISMISSAL**

19   v.

20 WAL-MART, and DOES 1 through 15,
   inclusive,
21
          Defendants.
22

- 1 -

CASE NO. 1:09-cv-00134-AWI-SMS                              STIPULATION OF DISMISSAL

1  IT IS HEREBY STIPULATED by and between the parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to Federal Rule of Civil Procedure 41(a)(1).

4  Dated: June 15, 2009                    VILLARREAL HUTNER PC

6                                          By _____
7                                              DANIELLE L. PENER

8                                          Attorneys for Defendant
                                           WAL-MART STORES, INC.
9
10 Dated: June __, 2009                    LAW OFFICES OF MICHAEL D. MACOMBER

12                                         By _____
                                               MICHAEL D. MACOMBER
13
14                                         Attorneys for Plaintiff
                                           BARRY SMITH
15

16 It is so Ordered. Dated: 7-16-09

17                                         _____
18                                         United States District Judge

---

CASE NO. 1:09-cv-00134-AWI-SMS                -2-                STIPULATED NOTICE OF SETTLEMENT